IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BRUCE NETTLES                                                                                              PLAINTIFF

VS.                                                              CIVIL ACTION NO. 5:20-cv-214-DCB-MTP

WAL-MART STORES EAST, LP;
AND JOHN DOES 1-10                                                                                       DEFENDANTS

## AGREED ORDER GRANTING EXTENSION OF TIME

This matter came on to be heard on the Unopposed Motion for Extension of Time to file its Reply Brief, by Defendant, Wal-Mart Stores East, LP ("Walmart), [Doc. #59]. The Court after having reviewed the motion finds that the motion is well taken and orders as follows:

Walmart is hereby granted a one (1) day extension of its reply deadline, making the reply brief due on Wednesday, June 16, 2022.

SO ORDERED this the  15th  day of June, 2022.

s/David Bramlette
UNITED STATES DISTRICT JUDGE

Agreed to:

WAL-MART STORES EAST, LP                              BRUCE NETTLES

By:     /s/ Rajita Iyer Moss                              By:     /s/ Martin R. Jelliffe
Thomas M. Louis (MSB No. 8484)                        Martin R. Jelliffe (MSB No. 3067)
Rajita Iyer Moss (MSB No. 10518)                      Morgan & Morgan, PLLC
Wells, Marble & Hurst, PLLC                           4450 Old Canton Road, Suite 200
Post Office Box 131                                   Jackson, MS 39211
Jackson, MS 39205-0131                                Telephone No. (601) 503-1676
Telephone No. (601) 605-6900                          Facsimile No. (601) 503-1625
Facsimile No. (601) 605-6901                          mjelliffe@forthepeople.com
tlouis@wellsmarble.com
rmoss@wellsmarble.com